Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MYLES STEELE and CAMERON FERNER,<br><br>Defendants. | NO. MJ20-252<br><br>ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE |

TO:   The United States Marshal and any Authorized United States Officer:

Based upon a review of a sworn complaint, the Court finds there is probable cause to believe that the defendants, MYLES STEELE and CAMERON FERNER, violated Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(ii), and Title 18, United States Code, Section 2, and that the defendant CAMERON FERNER violated Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

It is therefore ORDERED:

1. You are directed to bring the defendants before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

2. Defendants shall be held in custody pending that appearance.

ORDER AUTHORIZING DETENTION – 1
PENDING INITIAL APPEARANCE
U.S. v. STEELE et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 16th day of May, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER AUTHORIZING DETENTION – 2
PENDING INITIAL APPEARANCE
U.S. v. STEELE et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 2:20-mj-00252-MAT   Document 2   Filed 05/16/20   Page 2 of 2